AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
JAY JAMES JOHNSTON )   Case: 1:23-mj-00115
DOB: XXXXXX )   Assigned To : Upadhyaya, Moxila A.
)   Assign. Date : 6/5/2023
)   Description: Complaint W/ Arrest Warrant
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) | Entering or Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly or Disruptive Conduct in a Restructed Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(E) | Impeding Passage through the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/05/2023__                     _____
*Judge's signature*

City and state: __Washington, D.C.__    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*