IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| | )  Criminal No. 23-cr-00237-CJN |
| v. | ) |
| | ) |
| **JAY JAMES JOHNSTON**, | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME

Defendant Jay James Johnston, by and through the undersigned counsel, hereby respectfully requests this Court enter an Order extending the time within which Mr. Johnston is to, "clear outstanding warrants or DMV and traffic violations," by thirty (30) days.

On June 15, 2023, Magistrate Judge Upadhyaya entered an Order setting the conditions of release pending trial for Mr. Johnston, which such order has been docketed in the above-captioned matter. (ECF No. 13). *Inter alia*, the Order required that Mr. Johnston, "[c]lear outstanding warrants or DMV and traffic violations and provide proof to Supervising Agency within 60 days of release from custody."

With the assistance of the Pretrial Services Agency for the Western District of California, an outstanding warrant was identified from the Glendale Courthouse of the Superior Court of California for the County of Los Angeles. Despite diligent efforts, the nature and circumstances of the warrant could not be identified until very recently. Earlier today, defense counsel confirmed the existence of the outstanding warrant, which requires Mr. Johnston to complete two (2) days of community service to satisfy the terms of the traffic violation for which the warrant was issued.

Accordingly, Mr. Johnston respectfully requests an additional thirty (30) days to clear the outstanding warrant reference above so as to conform to the conditions of his release pending trial.  Defense counsel has conferred with the Pretrial Services Agency for the Western District of California, who do not oppose this request and defer to the Court regarding any continuance.

Dated: August 7, 2023                               Respectfully submitted,

                                                   */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Suite 300
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Jay James Johnston*

**CERTIFICATE OF SERVICE**

On August 7, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                         */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest
Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Jay James Johnston*