# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 1:23-CR-237 (CJN) |
| v. : | |
| : | |
| JAY JAMES JOHNSTON et al, : | |
| : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as co-counsel for the United States.

                                                              Respectfully submitted,

DATED: August 21, 2023                 MATTHEW M. GRAVES
                                                    United States Attorney
                                                     D.C. Bar No. 481052

                          By:        *s/ Sean P. McCauley*
                                               SEAN P. McCAULEY
                                               Assistant United States Attorney
                                               New York Bar No. 5600523
                                               United States Attorney's Office
                                               For the District of Columbia
                                               601 D. Street, NW
                                               Washington, DC 20530
                                               Sean.McCauley@usdoj.gov