# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | |
| v. | Criminal Action No. 23-cr-0237 (CJN) |
| JAY JAMES JOHNSTON, and NATHAN EARL HUGHES, | |
| *Defendants*. | |

## AMENDED SCHEDULING ORDER

Trial is set to commence in this matter on **July 15, 2024**, at 9:00 a.m. Jury selection will begin that day at 9:00 a.m. in Courtroom 17. The following deadlines shall govern pretrial proceedings:

1. The Parties shall file any pretrial motions (including motions to dismiss) on or before **March 22, 2024**; oppositions shall be filed on or before **April 5, 2024**; and replies shall be filed on or before **April 12, 2024**.

2. The Parties shall file any notices of expert witnesses on or before **March 22, 2024**.

3. Before filing any motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the Parties.

4. The Parties shall file any motions *in limine* on or before **June 7, 2024**; responses to motions *in limine* shall be filed on or before **June 21, 2024**; replies in support of the motions *in limine* shall be filed by **June 28, 2024**.

5. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **June 24, 2024**.

6. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **June 10, 2024**. Any *Brady* material not already disclosed also must be disclosed by this date.

7. On or before **June 28, 2024**, the Parties shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case</u>: The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

    b. <u>Proposed *voir dire* questions</u>: The Parties shall indicate –

        i. the *voir dire* questions that the Parties agree to; and

        ii. the *voir dire* questions that the Parties disagree on, with specific objections noted as to each disputed question.

    c. <u>Proposed jury instructions</u>: The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

        i. the instructions that the Parties agree to; and

        ii. the instructions that the Parties disagree to, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

    Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other modifications will be permitted.

    d. <u>List of witnesses</u>: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

        i. witnesses who will be called to testify at trial;

        ii. witnesses who may be called to testify at trial; and

        iii. witnesses whose testimony a Party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

        The Court will read the list of witnesses to the jury during *voir dire*. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

    e. <u>Exhibit lists</u>: The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom Deputy Courtney Moore about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    f. <u>Stipulations</u>: The Parties shall submit a draft of all stipulations.

      g. <u>Proposed verdict form</u>: The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

8. In addition to filing the Joint Pretrial Statement, on **April 22, 2024**, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Courtroom Deputy Courtney Moore at Courtney_Moore@dcd.uscourts.gov.

9. The Court will schedule hearings on any motions filed by the Parties as necessary.

10. Counsel shall appear on **July 8, 2024**, at 12:30 p.m. for a pretrial conference in Courtroom 17.

It is so **ORDERED**.

DATE: February 14, 2024

                                                                      CARL J. NICHOLS
                                                                      United States District Judge