IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 23-cr-00237-CJN |
| **JAY JAMES JOHNSTON**, | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

## MOTION TO CONTINUE SENTENCING

Defendant Jay James Johnston, by and through undersigned counsel, and pursuant to Rule 45(b)(1) of the Federal Rules of Criminal Procedure, respectively requests this Court continue the date set for sentencing Mr. Johnston. Mr. Johnston's sentencing is scheduled before this Court on October 7, 2024, at 10:00 AM, with the government's sentencing memoranda due on September 30, 2024, and sentencing memoranda from the defense due on October 3, 2024. Minute Entry (July 8, 2024). To accommodate the U.S. Probation Officer's completion of a Presentence Investigation Report, Mr. Johnston respectfully requests a 30-day continuance of the same until November 6, 2024, or a date thereafter that is convenient to the Court, with the deadline within which to submit sentencing memoranda extended accordingly. Counsel for Mr. Johnston has conferred with the government, who oppose this request.

On June 17, 2024, Mr. Johnston entered into a plea agreement with the government in which he agreed to plead guilty to obstructing officers during a civil disorder in violation of 18 U.S.C. § 231(a)(3), Count One of the Indictment, in which he agreed to stipulate to the facts as represented in the accompanying statement of offense. *See* Plea Agreement (July 8, 2024) (ECF No. 160); Statement of Offense (July 8, 2024) (ECF No. 161). A subsequent hearing on Mr.

Johnston's plea agreement was held July 8, 2024, in which he plead guilty to Count One of the Indictment.  Minute Entry (July 8, 2024).

Pursuant to 18 U.S.C. § 3552, Federal Rule of Criminal Procedure 32, and Rule 32.2 of the Rules of the United States District Court for the District of Columbia, a U.S. Probation Officer "must conduct a presentence investigation and submit a report to the court before it imposes sentence." Fed. R. Crim. P. 32(c)(1).  To aid the drafting of their presentence investigation report, the U.S. Probation Officer is permitted to interview the defendant.  Fed. R. Crim. P. 32(c)(2). Should the probation officer seek to interview the defendant as a part of their presentence investigation, the officer, "must, on request, give the defendant's attorney notice and a reasonable opportunity to attend the interview."  *Id.*

Although efforts were made to schedule Mr. Johnston's presentence investigation interview during the month of August, the vacation schedules of defense counsel and Supervisory U.S. Probation Officer assigned to Mr. Johnston's case conflicted and the interview could not be conducted.  Mr. Johnston's interview has subsequently been scheduled for later today, September 3, 2024.  Consequently, the Probation Officer has requested that Mr. Johnston seek a continuance of his sentencing to provide sufficient time for the Presentence Investigation Report to be completed.  Specifically, the Supervisory U.S. Probation Officer requests, "a 30-day continuance from the currently scheduled sentencing hearing . . . to give [the assigned Probation Officer] enough time to complete the interview, request verifications, and do any follow-up work."

## CONCLUSION

For the foregoing reasons, Mr. Johnston respectfully requests the Court continue Mr. Johnston's sentencing hearing by 30-days, until November 6, 2024, or a date thereafter that is

convenient for the Court, with the deadlines for the parties corresponding sentencing memoranda extended accordingly.

Dated: September 3, 2024                                Respectfully submitted,

                                             _s/ Stanley E. Woodward, Jr._
                                             Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                             Brand Woodward Law, LP
                                             400 Fifth Street Northwest, Suite 350
                                             Washington, DC  20001
                                             202.996.7447 (telephone)
                                             202.996.0113 (facsimile)
                                             stanley@brandwoodwardlaw.com

                                             *Counsel for Defendant Jay James Johnston*

## CERTIFICATE OF SERVICE

On September 3, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                             _s/ Stanley E. Woodward, Jr._
                                             Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                             Brand Woodward Law, LP
                                             400 Fifth Street NW, Suite 350
                                             Washington, DC  20001
                                             202.996.7447 (telephone)
                                             202.996.0113 (facsimile)
                                             stanley@brandwoodwardlaw.com

                                             *Counsel for Defendant Jay James Johnston*