UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) |
| v. | ) ) **Criminal No. 23-cr-237-CJN** |
| **JAY JAMES JOHNSTON,** | ) ) |
| **Defendant.** | ) ) ) |

## MOTION TO APPOINT CRIMINAL JUSTICE ACT COUNSEL

Defendant Jay James Johnston, by and through the undersigned counsel, respectfully moves this Court for an order formally appointing the undersigned Criminal Justice Act ("CJA") attorney, Stanley E. Woodward, Jr., as counsel of record, *nunc pro tunc*, June 15, 2023, for Mr. Johnston in connection with the above-captioned matter.

The Criminal Justice Act of 1964, 18 U.S.C. § 3006A, established a comprehensive system for appointing and compensating legal representation for accused persons who are financially unable to retain counsel in federal criminal proceedings. *See* 18 U.S.C. § 3006A(a) ("Each United States district court, with the approval of the judicial council of the circuit, shall place in operation throughout the district a plan for furnishing representation for any person financially unable to obtain adequate representation[.]"). Mr. Johnston first retained Mr. Woodward in March of 2021 to assist in communicating with the government concerning public allegations that Mr. Johnston was depicted in photographs of the events at the Capitol on January 6, 2021. When Mr. Johnston was ultimately indicted in July of 2023, Mr. Woodward sought to be appointed as his counsel. At the time, Mr. Woodward's appointment to the District's CJA panel was pending, but his appointment for Mr. Johnston was nevertheless approved by the Assistant Federal Public Defender. Defense counsel communicated this to Magistrate Judge Upadhyaya in June of 2023. Shortly

thereafter, Mr. Johnston was indicted and his case was then transferred to this Court. In August of 2023, defense counsel shared with the Court that his appointment on behalf of Mr. Johnston had been approved by the Assistant Federal Public Defender and requested formal appointment. Mr. Woodward has since been appointed to the District's CJA panel.

Concomitantly with this filing, Mr. Johnston will submit ex parte and under seal a financial affidavit demonstrating that Mr. Johnston is eligible for CJA counsel. Accordingly, and pursuant to 18 U.S.C. § 3006A, Mr. Johnston is entitled to CJA counsel and, respectfully moves this Court for an Order appointing Mr. Woodward CJA counsel for Mr. Johnston, *nunc pro tunc*, June 15, 2023.

Dated: September 3, 2024               Respectfully submitted,

                                        *s/ Stanley E. Woodward, Jr.*
                                        Stanley E. Woodward, Jr. (DC Bar No. 997320)
                                        Brand Woodward Law, LP
                                        400 Fifth Street NW, Suite 350
                                        Washington, DC 20001
                                        202.996.7447 (telephone)
                                        202.996.0113 (facsimile)
                                        stanley@brandwoodwardlaw.com

                                        *Counsel for Defendant Jay James Johnston*

## CERTIFICATE OF SERVICE

On September 3, 3024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which automatically sends electronic notification of such filing to all registered parties.

                                        *s/ Stanley E. Woodward, Jr.*
                                        Stanley E. Woodward, Jr.